# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 104

In the Interest of C.B., a Child

| | |
|---|---|
| Jacqueline A. Gaddie, Assistant State's Attorney, | Petitioner and Appellee |
| v. | |
| C.B., a child; G.B., father, | Respondents |
| and | |
| B.B., mother, | Respondent and Appellant |

### No. 20240350

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable John A. Thelen, Judge.

AFFIRMED.

Per Curiam.

Madison E. Gruber, Assistant State's Attorney, and Samuel J. Meidinger, under the Rule of Limited Practice of Law by Law Students, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Jamie Schaible, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of C.B.**
**No. 20240350**

**Per Curiam.**

[¶1] B.B., the mother of C.B., appeals from a juvenile court order extending placement of C.B. in the custody and control of the Grand Forks County Human Service Zone for a period of twelve months after finding C.B. is a child in need of protection. On appeal, B.B. argues the court erred in finding the child was in need of protection. After reviewing the record, the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr